IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KERRY BRANSON and SHELLEY DOTSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CATERPILLAR INC.,<br><br>Defendant. | Case No. 23-cv-14329<br><br><br><br>District Court Judge Manish S. Shah |

### DEFENDANT CATERPILLAR INC.'S RULE 12(B)(6) MOTON TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Caterpillar Inc. ("Caterpillar") respectfully moves this Court for an Order dismissing Plaintiffs' Class Action Complaint, and in support thereof states the following:

(1) Plaintiffs' claims under Illinois's Genetic Information Privacy Act ("GIPA," 740 ILCS 513/1 *et seq*) should be dismissed for failure to state a claim under Rule 12(b)(6).

(2) In further support of its motion, Caterpillar incorporates its Memorandum of Law filed contemporaneously herewith.

(3) Pursuant to the Court's standing order, counsel for Caterpillar conferred with Plaintiffs' counsel regarding the legal basis for this motion. Plaintiffs' counsel stated that Plaintiffs oppose this motion.

WHEREFORE, Caterpillar respectfully requests that the Court grant its motion and enter an Order dismissing Plaintiffs' Class Action Complaint with prejudice and granting such other relief as the Court deems appropriate

305648838v.1

Dated: October 27, 2023

                                       Respectfully submitted,

                                       CATERPILLAR INC.

                                       By: */s/ Ada Dolph*
                                            One of its Attorneys

Ada W. Dolph
adolph@seyfarth.com
Paul J. Yovanic Jr.
pyovanic@seyfarth.com
Tara E. Shinall
tshinall@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

305648838v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the electronic Mail Notice List.

Mark R. Miller
150 N. Wacker Drive, Suite 1100
Chicago, IL 60606
mrm@wallacemiller.com

                                                 */s/ Ada Dolph*

305648838v.1