# EXHIBIT A

## CATERPILLAR INC. – Physician Comments/Findings on Post Offer Exam

| | |
|---|---|
| Candidate Name: | KERRY BRANSON |
| Date: | 03/07/2019 |

| | |
|---|---|
| History: | [redacted] |
| Physical Findings: | [redacted] |
| Test Results: (if applicable) | |
| Assessment: | Pre-employment medical Evaluation |
| Approved (circle): | (Yes)    No    Pending |
| Please comment if "no" or "pending": | |
| Restrictions (circle): | Yes    (No)    Restriction List Attached |
| State restrictions if "yes": | |
| Physician name (print): | Keith L. Fabrique, MD |
| Physician signature: | Keith L. Fabrique, MD |

## CATERPILLAR INC. – Physician Comments/Findings on Post Offer Exam

| | |
|---|---|
| **Candidate Name:** | Shelly M. Rogers ~~Dotson~~    **Date:** 05/24/2023 |
| **History:** | [redacted] |
| **Physical Findings:** | [redacted] |
| **Test Results:** (if applicable) | |
| **Assessment:** | Pre Employment medical Evaluation |
| **Approved (circle):** | (Yes)    No    Pending |
| **Please comment if "no" or "pending":** | |
| **Restrictions (circle):** | Yes    (No)    Restriction List Attached |
| **State restrictions if "yes":** | |
| **Physician name (print):** | Keith L. Fabrique MD |
| **Physician signature:** | Keith L Fabrique, MD |

nmc/form/physician comments-findings on post offer exam
Revised 9/10/03

CAT000035